UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Christine Novak
                Plaintiff,

v.                               Case No.: 1:15−cv−02037
                                  Honorable Sharon Johnson Coleman

The Village of Westmont, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 1, 2015:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 6/29/2015. Plaintiff, Christine Novak, having been appointed counsel for settlement assistance, agreed on the record before Magistrate Judge Cox to a settlement agreement with the remaining party, Village of Westmount. As noted on the docket, all matters relating to this action are resolved. The Court thanks appointed settlement counsel Richard R. Winter for his assistance. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.